UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

        -against                                               :                S11 Cr. 1032 (PAE)

LEONIDES SIERRA, et al.,                            :                **ORDER EXCLUDING TIME**

        Defendants.                                          :

-------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/11
```

**FRANK MAAS,** United States Magistrate Judge.

        The presentment and arraignment of many of the defendants in this multi-defendant case occurred before either Magistrate Judge Gorenstein or me on December 7, 2011. Although I excluded time as to certain of those defendants (and although it perhaps is unnecessary), I indicated my intent to enter a formal order excluding from the "speedy trial calculation" as to each such defendant, the period from then through the initial conference before Judge Engelmayer, which is scheduled to occur on December 12, 2011. I did so based on the Government's representation that it will begin producing the obviously voluminous discovery materials in this case to defense counsel during this period.

        Accordingly, the time from December 7 through December 12, 2011 is hereby excluded, pursuant to 18 U.S.C. § 3161(h), as to each defendant in this case whose presentment and arraignment took place on December 7, 2011.

        SO ORDERED.

Dated:     New York, New York
               December 9, 2011

                                                                  FRANK MAAS
                                                 United States Magistrate Judge