UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

LEONIDES SIERRA et al.,

Defendants.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

11 Cr. 1032 (PAE)

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
  Southern District of New York

by: /s/ Rachel Maimin

Assistant United States Attorney
(212) 637-2460