UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

)
UNITED STATES OF AMERICA                )
                                                          )   **NOTICE OF APPEARANCE AND REQUEST**
                          v.                              )   **FOR ELECTRONIC NOTIFICATION**
                                                          )   **11 Cr. 01032**
LEONIDES SIERRA, et al.,                  )
                                                          )
                          Defendant.                )

TO:     Clerk of Court
          United States District Court
          Southern District of New York

          The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney for the
                              Southern District of New York


                    By:      /s/ Sarah R. Krissoff
                              Sarah R. Krissoff
                              Assistant United States Attorney
                              (212) 637-2232
                              Sarah.Krissoff@usdoj.gov