UNITED STATES DISTRICT COURT        :::
SOUTHERN DISTRICT OF NEW YORK        :::     11 Cr. 1032 (PAE)
                                    :::
UNITED STATES OF AMERICA,            :::     **ORDER TO APPOINT**
                                    :::     **RUSS BRETAN, COURT DISCOVERY**
          v.                         ::      **MANAGEMENT**
                                    :::
                                    :::
LEONIDES SIERRA, ET AL.              :
                                    :::
                      Defendants.:::
                                    :

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2|7|12
```

Russ Bretan, Court Discovery Management, is hereby appointed to assist CJA

attorneys appointed in this case in reviewing, searching, organizing and preparing for trial

the discovery provided, and to be provide by the government.    His duties are defined

within this Order along with the basis for his appointment.

The Government alleges a racketeering enterprise to distribute narcotics and to

commit related acts of violence through an organization referred to as the "Bronx

Trinitarious Gang" ("BTG") operating in and around New York City.

The Government has stated that it will provide a large amount of discovery

primarily in electronic formats.  The discovery includes investigative reports, surveillance

audio and video, wiretap line sheets and various other formats of discovery.  The number

of defendants raises the risk of costly duplicative efforts to organize the discovery.

Pursuant to a previous order of this Court, and to avoid duplicative costs, AOLILAW

PLLC has been appointed as Coordinating Discovery Attorneys (CDAs) to address the

initial discovery issues and assess the most effective and cost-efficient manner of organizing and indexing discovery provided directly to them by the government, and distribute to each attorney, and to the MCC and MDC, indexed and searchable discs. I am informed that some 12 such discs were provided by the CDAs to counsel on or about February 2, 2012.

It was further ordered by this Court that the CDAs shall oversee any discovery issues that are common to all of the defendants. Discovery issues specific to any particular defendant were to be addressed by defense counsel directly with the Government and not through the CDAs. It was envisioned in the previous order of this Court that defense counsel may still require support services for the particular needs of their cases. The Court is informed that in a voice conference meeting between counsel and the CDAs, counsel were advised that the CDAs would not provide services specific to any individual defendant, and that such client specific services would be the responsibility of individual counsel.

I am further informed that CJA counsel have conferred with one another, and are in agreement that support services are needed to help each attorney cull out, tag, organize and ultimately utilize client specific information contained in the provided discovery, and in discovery yet to be provided. CJA counsel have also agreed to share, at least initially, the services of Mr. Bretan until such time as the work, if it does so, becomes simply unmanageable for one person.

The Court has reviewed a copy of the CV of Russ Bretan, and the Court has been advised that Mr. Bretan has extensive experience in dealing with discovery in mega

cases, in this District and elsewhere, and that he has worked with CJA panel members in that capacity.

The compensation rate to be paid to Mr. Breton for services rendered pursuant to this order shall be $65.00 per hour, the rate customarily paid in this District, and which has been approved by Jerry Tritz of the District Budgeting Office.

Dated: New York, New York
February 6, 2012.

SO ORDERED

*Paul A. Engelmayer*

Hon. Paul A. Engelmayer
U.S. District Court Judge