UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/12
```

------------------------------------------------------------X

UNITED STATES OF AMERICA,

– vs. –

LEONIDES SIERRA, et al.,

Defendants.

**ORDER**

S1 11 CR 1032 (PAE)

------------------------------------------------------------X

## ORDER FOR ADDITIONAL FUNDS FOR CONVERSION OF .VAC FILES TO .WAV FILES

THIS MATTER having come before this Court upon the request of the Coordinating Discovery Attorney, Emma M. Greenwood, Esq., for $1992.50 to convert 2722 .vac files of discovery to .wav format, this Court, having adopted the status report of the Coordinating Discovery Attorney dated March 7, 2012, authorizes $1992.50 for the conversion of 2722 .vac files to .wav format.

Dated: April 10, 2012
New York, New York

_____
The Honorable Paul A. Engelmayer
U.S. District Court Judge