UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | NOTICE OF APPEARANCE |
| v.      : | AND REQUEST FOR |
| : | ELECTRONIC NOTIFICATION |
| LEONIDES SIERRA, et. al.  : | |
| : | 11 Cr. 1032 (PAE) |
| Defendant.  : | |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case

and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney for the
                              Southern District of New York


                        By:  _____/S/_____
                              Jessica Ortiz
                              Assistant United States Attorney
                              (212) 637-2398


CC (via ecf notification):    All Counsel