UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

United States

          Plaintiff,

Case No. 11 cr 1032 (PAE)

-against-

Jose Barcarer

          Defendant.
-------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Stewart L. Orden**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SO 3700     My State Bar Number is 1682608

I am,
- [✓] An attorney
- [ ] A Government Agency attorney
- [ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Stewart L. Orden
                  FIRM ADDRESS: 225 Broadway Suite 715, NY, NY 10007
                  FIRM TELEPHONE NUMBER: 212 406-1200
                  FIRM FAX NUMBER: 212 333-3673

NEW FIRM:     FIRM NAME: Stewart L. Orden
                  FIRM ADDRESS: 2 Gannett Drive, suite 418, White Plains, NY, 10604
                  FIRM TELEPHONE NUMBER: 914 393-9450
                  FIRM FAX NUMBER: 914 ~~3361673~~ 472-1111

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 6/14/12

ATTORNEY'S SIGNATURE