GREGORY E. COOPER
ATTORNEY AT LAW
20 VESEY STREET
SUITE 400
NEW YORK, N.Y. 10007

(212) 608-4828

**MEMO ENDORSED**

June 22, 2012

Honorable Paul A. Engelmeyer
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Re: United States v. Leonides Sierra et al
    11 Cr. 1032 (PAE)

Dear Judge Engelmeyer:

At the status conference held on June 13, 2012 at 11:30 AM I made an oral application for the appointment of a para-legal who could be used to assist the defendants in Group B generally, and the potential capital defendants more specifically. Your Honor indicated on the record that you would approve the application. Accordingly, I am requesting Your Honor approve the appointment of Douglas Tritz to serve as a para-legal to assist the defense in the above captioned matter at the rate of $25 per hour. I have already spoken to Mr. Tritz, he is willing to assist in the matter, and in fact I expect to start working with him early next week to assist the defense preparation.

I thank Your Honor for your consideration in this matter.

Respectfully Yours,

Gregory Cooper

SO ORDERED: 6/22/12

_Paul A. Engelmayer_
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE