```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

        - v. -                      :
                                         ORDER
LEONIDES SIERRA,                    :
     a/k/a "Junito,"                     S1 11 Cr. 1032 (PAE)
     a/k/a "Junior,"                :
RICHARD GONZALEZ,
     a/k/a "Webb,"                  :
     a/k/a "Webb Killa,"
JOSE CRUZ,                          :
     a/k/a "Prostituto,"
     a/k/a "Prosti,"                :
CARLOS URENA
     a/k/a "Salcedo,"               :
     a/k/a "White Boy,"
EDWIN CIRIACO,                      :
     a/k/a "Machete,"
     a/k/a "Bobie,"                 :
ANIBAL RAMOS,
     a/k/a "Moreno,"                :
ALFRED LAFORD,
     a/k/a "Sony,"                  :
ANTONIO PENA,
     a/k/a "La Percha,"             :
JULIO BRITO,
     a/k/a "Fresh,"                 :
JUAN NUNEZ,
     a/k/a "Jesu Christo,"          :
CHRISTOPHER JOHNSON,
     a/k/a "Chris,"                 :
DONALD NOVAS,
     a/k/a "Oliver,"                :
     a/k/a "Soca,"
     a/k/a "Vale,"                  :
     a/k/a "Fish,"
JOSE FELICIANO,                     :
     a/k/a "Lito,"
FELIX LOPEZ-CABRERA,                :
     a/k/a "Suztancia,"
CARLOS LOPEZ,                       :
     a/k/a "Carlito,"
JOSE MARMELEJOS,                    :
     a/k/a "Ochenta,"
NOEL ACOSTA-DISLA,                  :
     a/k/a "Fugitivo,"
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2012

```
TOMAS CASTILLO,                       :
     a/k/a "Chobolo,"
     a/k/a "Chobolito,"               :
HUGO ALMONTE,
     a/k/a "Fufu,"                    :
CESAR ALMONTE,
     a/k/a "Bullet,"                  :
CARLONELL PAULINO,
     a/k/a "Pope,"                    :
RONALD PERALTA,
     a/k/a "Romo,"                    :
JOSE CASTILLO,
     a/k/a "Smith,"                   :
     a/k/a "Jay Blanco,"
     a/k/a "Daddy,"                   :
MARK MARTINEZ,
JOSE BALLENILLA,                      :
     a/k/a "Correa,"
LUIS BELTRAN,                         :
     a/k/a "Gualey,"
LUIS CABRERA-RECIO,                   :
     a/k/a "Nueve,"
     a/k/a "Nuevecito,"               :
LOREN GUZMAN,
     a/k/a "Crispy,"                  :
MELVIN AMPARO,
     a/k/a "Flynt,"                   :
JONATHAN MAJDANSKI,
     a/k/a "Indio,"                   :
MIGUEL STRONG,
     a/k/a "Kiki,"                    :
JOSE BARCARER,
     a/k/a "Papotico,"                :
     a/k/a "Basura,"
JOSE GERONIMO-FIGUEROA,               :
     a/k/a "Mocha,"
EDGARDO PONCE,                        :
     a/k/a "Tito,"
MICHAEL DELACRUZ,                     :
     a/k/a "40,"
DAVID PATINO,                         :
     a/k/a "Bori,"
     a/k/a "Chingo,"                  :
EDUARDO HOLGUIN,
     a/k/a "Baston"                   :
RONNY EVANGELISTA,
LUIS CABRERA,                         :
     a/k/a "Bling Bling,"
CARLOS RODRIGUEZ,                     :
HENRY O. PENA,
```

```
        a/k/a "Melmo,"              :
DAVE McPHERSON,
VANCE HILL,                         :
    a/k/a "Shata,"
GREYDIN LIZ-CASTILLO,               :
    a/k/a "Pollito,"
NELSON JORGE-MARTINEZ,              :
    a/k/a "Chico Chico,"
LUIS SALADIN,                       :
    a/k/a "King,"
CHRISTOPHER ROBLES,                 :
    a/k/a "Dorita,"
JOSEPH HERNANDEZ,                   :
JONATHAN EVANGELISTA, and
HENRY PAULINO,                      :
    a/k/a "Bam Bam,"
                                    :
           Defendants.
                                    :
- - - - - - - - - - - - - - - - - x
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Rachel Maimin,

WHEREAS the Government has advised the Court of a possible violation of the protective order entered by the Court on July 30, 2012 (the "Protective Order");

IT IS HEREBY ORDERED that lead counsel for each defendant shall submit to Chambers, on or before August 31, 2012: (a) a declaration or affidavit (i) stating whether the declarant or affiant provided a copy of the preliminary enterprise letter submitted by the Government on August 1, 2012 (the "Preliminary Enterprise Letter") to anyone other than a "Designated Person," as defined in paragraph 1(c) of the Protective Order; and (ii) identifying by name all of the

Designated Persons to whom counsel has provided a copy of the Preliminary Enterprise Letter; and (b) a declaration or affidavit from each person identified in clause (a)(ii) of this paragraph stating whether that individual provided a copy of the Preliminary Enterprise Letter to anyone other than another Designated Person.

IT IS FURTHER ORDERED that the terms of the Protective Order, which originally applied only to the Preliminary Enterprise Letter, apply to any supplemental enterprise letters submitted (or provided) by the Government.

Dated: New York, New York
August 24, 2012

*Paul A. Engelmayer*
HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE