

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

    - v. -

LEONIDES SIERRA et al.,

        Defendants.

<u>**ORDER**</u>

**S4 11 Cr. 1032 (PAE)**

       Upon the application of the United States of America by Rachel Maimin, Assistant United States Attorney, it is hereby ORDERED that the Indictment in this matter, S4 11 Cr. 1032 (PAE), be unsealed.

Dated:   New York, New York
           December 12, 2012

                                 *Paul A. Engelmayer*
                             THE HONORABLE PAUL A. ENGELMAYER
                             UNITED STATES DISTRICT JUDGE