

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

           -v-                                 (S4) 11 Cr. 1032 (PAE)

LEONIDES SIERRA, et al.,

           Defendants.
------------------------------------------------------x

## ORDER APPOINTING LEARNED COUNSEL

At the conferences in this case held on December 19 and 20, 2012, the Court indicated that, pursuant to 18 U.S.C. § 3005, it would appoint additional counsel ("learned counsel") for defendants charged with offenses carrying a potential sentence of death as to whom learned counsel had not yet been appointed. Having carefully reviewed the recommendations of David E. Patton, Executive Director and Attorney-in-Chief of the Federal Defenders Office of New York, the Court hereby appoints the following attorneys to serve as learned counsel:

    1. For defendant Limet Vasquez (Don Buchwald, Lead Counsel), David Glazer, (973) 740-9898, is appointed as Learned Counsel;

    2. For defendant Javier Beltran (Jeremy Schneider, Lead Counsel), David Stern, (212) 571-5500, is appointed as Learned Counsel;

    3. For defendant Michael Cabrera (Avraham Moskowitz, Lead Counsel), Susan Marcus, (917) 363-1991, is appointed as Learned Counsel;

    4. For defendant Yandel Silverio (David Greenfield, Lead Counsel), Julie Brain, (267) 639-0417, is appointed as Learned Counsel;

    5. For defendant Raymond Sosa (Bobbi Sternheim, Lead Counsel), Christopher Adams (843) 577-2153, is appointed as Learned Counsel;

6. For defendant Jugo Cespedes (James Branden, Lead Counsel), Beverly Van Ness, (646) 490-9688, is appointed as Learned Counsel; and

7. For defendant Manuel Geraldo (Gary Villanueva, Lead Counsel), Michele Adubato, (201) 858-3771, is appointed as Learned Counsel.

The Court's understanding is that, with these appointments, learned counsel has been appointed for each defendant in this case charged with offenses carrying a potential sentence of death. In the event this understanding is not correct, the Court asks that the Government, and lead counsel for such defendant, notify the Court immediately.

SO ORDERED.

Dated: New York, New York
January 15, 2013

_____
PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE