UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES

-v-

LEONIDES SIERRA et al.,

                     Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/13

11 Cr. 1032 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      A status conference in the above-captioned case is scheduled for Tuesday, February 26, 2013, for the non-murder defendants. Those defendants are currently scheduled to go to trial, in separate trials beginning June 3, 2013, and September 16, 2013. The Court asks counsel to come to the conference prepared to address the following:

      1. The status of Rule 16 discovery, including whether any such discovery remains to be produced and whether any defendants or their counsel are experiencing practical challenges in accessing or reviewing such discovery.

      2. The pretrial motions, if any, that the defendants scheduled for trial on June 3, 2013, intend to make; and whether these motions are made on behalf of all defendants scheduled for that trial, or a subset. Pursuant to the Court's order of December 21, 2012, pretrial motions are due March 8, 2013. Counsel should also be prepared to address the extent, if any, to which any pretrial motions will require factual hearings, what the nature of the testimony at such hearings would be, and the anticipated length of those hearings. To the extent that suppression or other evidentiary hearings appear necessary, the Court expects at the February 26, 2013 conference to schedule such hearings.

3. The status of production of post-arrest statements and any other materials that potentially could give rise to *Bruton* motions.

4. The next conference dates that should be set in the case, and the deadlines that should be set for submission of proposed voir dire and requests to charge.

5. The motions schedule that should be set for the defendants scheduled to go to trial beginning September 16, 2013.

6. The Court also asks the Government to be prepared to address the extent to which evidence of murders (or attempts or conspiracies to commit murder) is anticipated at the June 3, 2013 trial; and, if so, to which defendants this evidence is relevant.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: February 25, 2013
       New York, New York