UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES

    -v-

LEONIDES SIERRA et al.,

                      Defendants.

------------------------------------------------------------------X

S5 11 Cr. 1032 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

A conference in this case was held on Tuesday, February 26, 2013, limited to the defendants previously identified as the Non-Murder Defendants. This order memorializes the dates set at that conference and sets times for future conferences.

With respect to the Group One Non-Murder Defendants:

1. Oral argument on pretrial motions is scheduled for April 18, 2013, at 9:30am. To the extent that an evidentiary hearing is necessary with respect to any such motion(s), the Court will hold such a hearing that same day, at a time to be determined following the Court's review of the defense motions and the Government's responses.

2. In the event that a second date is necessary to accommodate oral argument or an evidentiary hearing on pretrial motions, such argument and/or a hearing will be conducted on April 19, 2013, beginning at 9:30am. Based on counsels' previews of the motions they anticipate making, it is unlikely that a second hearing date will be needed.

3. Submissions of proposed voir dire, requests to charge, and motions in limine are due May 6, 2013. Responses to motions in limine are due May 13, 2013. Reply briefs are due on May 17, 2013.

4. A final pretrial conference is scheduled for May 23, 2013, at 2:30pm.

5. Jury selection will begin on May 28, 2013, and extend as long as necessary to select a jury. Trial, beginning with opening statements, will commence on June 3, 2013.

With respect to the Group Two Non-Murder Defendants:

1. Pretrial motions are due June 26, 2013. Responses to pretrial motions are due July 24, 2013. Reply briefs are due August 7, 2013. Upon review of such motions, the Court will set a date for oral argument and/or an evidentiary hearing.

2. A final pretrial conference is scheduled for September 3, 2013.

3. Trial remains scheduled to commence on September 16, 2013. Closer to trial, the Court will determine whether jury selection will occur that day or on an earlier date.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: March 1, 2013
       New York, New York