UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,          :

  -v-                                              :        (S-5) 11-Cr. 1032 (PAE)

EDWIN CIRIACO, et. al.,             :        AFFIDAVIT
                  Defendants.     :
-----------------------------------------------------------x

### AFFIDAVIT OF NAIROBY PEREZ
### IN SUPPORT OF MOTION

STATE OF NEW YORK)
COUNTY OF NEW YORK)  ss.:

    NAIROBY PEREZ, being duly sworn deposes and says:

    1.  I am the girlfriend of the defendant EDWIN CIRIACO in the above case.

    2. On December 7, 2011 at approximately 5:30 am. I was in my apartment at 1501 Undercliff Avenue, Apartment 4N, Bronx, New York.  The apartment consists of one bedroom, a living room, a kitchen and a bathroom.

    3.  At that time, I was there with my boyfriend, EDWIN CIRIACO and my six year old son, Ramsey.

    4.  While just clothed with a towel, I went to the door when the officers knocked. I opened the door for the officers who then pushed me aside and entered the apartment with loaded weapons.

    5. The officers then pulled my son Ramsey out of the bedroom and asked me if Edwin was in the apartment.   I said he was.

    6.   I told the officers that I was three months pregnant.

    7. The officers then pulled me to the kitchen and began to conduct their search of the

apartment. I remained in the kitchen for about one and one half hours only dressed with the towel.

      8. My son remained with me in the kitchen. He was scared of the police intrusion. He was also concerned about what was happening to Edwin.

      9. At some point, Edwin was removed from the apartment.

      10. After the agents conducted their search of the apartment, they allowed me to get dressed. My son was only wearing his underwear and was only permitted to get dressed after the agents were finished with the search of the apartment.

      11. Much of the property seized by the agents belonged to my son and me.

Dated: New York, New York
       March 7, 2013

                                     /s/
                                NAIROBY PEREZ

Sworn to before me

this _____ of March, 2013

_____
NOTARY PUBLIC