# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| U.S. *Plaintiff* v. Sierra, et al. *Defendant* | Case No. 11 CR 1032 (PAE) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Court-appointed defense counsel, as Coordinating Discovery Attorney

Date: 03/18/2013

*Attorney's signature*

Emma M. Greenwood / EG3434
*Printed name and bar number*

299 Broadway, Suite 802
New York, NY 10007
*Address*

emmagreenwoodesq@gmail.com
*E-mail address*

(212) 227-5906
*Telephone number*

(212) 227-5907
*FAX number*