```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES

    -v-

LEONIDES SIERRA et al.,

                    Defendants.

------------------------------------------------------------X

S5 11 Cr. 1032 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    Status conferences in the above-captioned case are scheduled for Tuesday, July 9, 2013, at 10 am and 11:30 am, in Courtroom 17B at the 500 Pearl Street Courthouse. Counsel for the Government, counsel for the defendants previously designated as the "Murder Defendants," and those defendants, are expected to be present. At the conference, the Court intends, *inter alia*, to raise the following issues, which counsel should be prepared to address:

    1. For defendants who have not made mitigation submissions to the United States Attorney: Do they expect to do so? If so, when? And, should the Court set a deadline for making such submissions?

    2. For the Government: Is the Government prepared henceforth to submit to the Attorney General, within 30 days of a defendant's mitigation submission, as it has previously stated it would, its recommendations as to capital punishment with respect to that defendant?

    3. Counsel for defendants Carlos Urena, Limet Vasquez, and Juan Franco, each of whom has either made a mitigation submission or stated that he does not intend to do so, have jointly requested that the Court set a trial date as to them, and that this date be set even

while the capital review process as to them is pending. The Court would welcome counsel's views as to which Murder Defendants should be included in the next trial to be scheduled.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: July 8, 2013
       New York, New York