```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES

          -v-

LEONIDES SIERRA et al.,

                           Defendant.

-------------------------------------------------------------X

S5 11 Cr. 1032 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

     A final pretrial conference in this case is scheduled for Tuesday, September 3, 2013, at 9:30 a.m. for those defendants scheduled to go to trial on September 16, 2013. Because the Court is on Part I duty that day, and has civil matters scheduled later in the morning, the Court expects all counsel to be on time, and will begin the conference promptly at 9:30 a.m. The Court requests the Government to advise the U.S. Marshals of the importance of bringing the defendants in its custody to Court by 9:30 a.m.

     Proposed voir dire and requests to charge are due on Friday, September 6, 2013, from the Government and from all Group II non-murder defendants who have not by then entered a plea of guilty or had a plea proceeding scheduled.

     SO ORDERED.

                                                                      *Paul A. Engelmayer*

                                                                      Paul A. Engelmayer
                                                                      United States District Judge

Dated: August 27, 2013
          New York, New York