UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/13

UNITED STATES

    -v-

LEONIDES SIERRA et al.,

                    Defendants.

------------------------------------------------------------X

S5 11 Cr. 1032 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

In light of the entry of guilty pleas in this case, the trial previously scheduled to commence on September 16, 2013 is hereby adjourned.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: September 4, 2013
       New York, New York