UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | **ECF CASE** |
| v. | ) ) ) | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| LEONIDES SIERRA, et al., | ) ) | **11 Cr. 1032 (PAE)** |
| Defendants. | ) |  |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                               Respectfully submitted,

                                               PREET BHARARA
                                               United States Attorney for the
                                                  Southern District of New York

                                      by:   /s/
                                            RYAN P. POSCABLO
                                            Assistant United States Attorney
                                            (212) 637-2634

TO:   All Defense Counsel via ECF