UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x

UNITED STATES OF AMERICA,

          -v-

FELIX LOPEZ-CABRERA

          Defendant.

------------------------------------------------------ x

<u>Notice of Motion</u>
11 Cr. 1032 (PAE)

PLEASE TAKE NOTICE, that upon the attached Declaration of Irving Cohen, Esq. and a Memorandum of Law the Defendant will move this Court before the Honorable Judge Paul Engelmayer, U.S.D.J., 500 Pearl Street, New York, New York 10007 at such time as the Court designates, for an Order:

1. Pursuant to F.R. Cr. P. 12(b)(3)(C) to suppress physical evidence seized; and

2. To suppress any proposed in-court identifications; and

3. For such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       June 30, 2014

                                                        ___/S/ **Irving Cohen**_____
                                                        IRVING COHEN, ESQ.
                                                        Attorney for Defendant Felix Lopez-Cabrera
                                                        233 Broadway, Suite 1800
                                                        New York, New York 10279
                                                        (212) 964-2544

cc.: Clerk of the Court
     United States District Court
     Southern District of New York
     500 Pearl Street
     New York, New York 10007

AUSA Nola Heller, Jessica Ortiz, Rachel Maimin, Sarah Kistoff
United States Attorney
Southern District of New York
One St. Andrews Place
New York, New York 10007