```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES

          -v-

LEONIDES SIERRA et al.,

                       Defendants.

------------------------------------------------------------------X

S5 11 Cr. 1032 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Clerk of Court is directed to terminate the motions pending in this case at docket numbers 1202, 1212, 1217, 1219, 1230, 1243, 1274, and 1306. All of these motions have been resolved by the Court.

SO ORDERED.

*Paul A. Engelmayer* (signature)
Paul A. Engelmayer
United States District Judge

Dated: September 15, 2014
       New York, New York